Decided April 7, 2004

MARIE SMITH *v.* MEDIPLEX OF WESTPORT ET AL.

The petition by the plaintiff Merilyn Smith, executrix of the estate of Marie Smith, for certification for appeal from the Appellate Court (AC 24747) is denied.

* The appeal was withdrawn and the Appellate Court judgment was vacated April 21, 2005.

*Merilyn Smith,* pro se, in support of the petition.

*Robert C. E. Laney,* in opposition.

Decided April 7, 2004